IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 24 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07 - CV - 00178 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CHARLIE JAMES GRIFFIN, JR., #99115,

    Plaintiff,

v.

MESSAMORE KELLY,

    Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

    Plaintiff Charlie James Griffin, Jr., has submitted a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted complaint is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $350.00 filing fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. Accordingly, it is

    ORDERED that the clerk of the court commence this civil action. It is

    FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 23d day of January, 2007.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   07 - CV - 00178

Charlie James Griffin, Jr.
Prisoner No. 99115
PO Box 17454
Colorado Springs, CO 80935

   I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $350.00 filing fee** to the above-named individuals on   1-24-07

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk